

214 Massachusetts Avenue, NE
Washington, DC 20002

(202) 546-4400
heritage.org

<u>**SENT VIA: Secure Release**</u>

May 25, 2023

Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528-065

Dear FOIA Officer,

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the implementing FOIA regulations of the Department of Homeland Security (DHS), 6 CFR § 5.1, *et seq.*, I respectfully request the following records (or records containing the following information):

All records containing the terms "Heritage!" or "Heritage Foundation!"

"!" denotes a root expander for the purposes of this Request.

Please limit all searches in response to this Request from January 20, 2021 to the present.  Please limit this search to the following custodians:  (1) the Office of the Secretary; (2) the Office of Public Affairs; and (3) the Center for Prevention Programs and Partnerships' Targeted Violence and Terrorism Prevention Grant Program.

Please exclude all press clippings and mailers if the press clipping or mailer is the only record containing the responsive term(s).

The terms "pertaining to," "referring," "relating," or "concerning" with respect to any given subject means anything that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, or is in any manner whatsoever pertinent to that subject.

The term "record" means any written, recorded, or graphic matter of any nature whatsoever, regardless of how recorded, and whether original or copy, including, but not limited to, the following:  memoranda, reports, expense reports, books, manuals, instructions, financial reports, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, inter-office and intra-office communications, electronic mail (emails), MMS or SMS text messages, instant messages, messaging systems



214 Massachusetts Avenue, NE
Washington, DC 20002

(202) 546-4400
heritage.org

(such as iMessage, Microsoft Teams, WhatsApp, Telegram, Signal, Google Chat, Twitter direct messages, Lync, Slack, and Facebook Messenger), contracts, cables, telexes, notations of any type of conversation, telephone call, voicemail, meeting or other communication, bulletins, printed matter, computer printouts, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and graphic or oral records or representations of any kind (including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings and motion pictures), and electronic, mechanical, and electronic records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape or otherwise. A record bearing any notation not a part of the original text is to be considered a separate record. A draft or non-identical copy is a separate record within the meaning of this term. By definition a "communication" (as that term is defined herein) is also a "record" if the means of communication is any written, recorded, or graphic matter of any sort whatsoever, regardless of how recorded, and whether original or copy.

The terms "and" and "or" should be construed broadly and either conjunctively or disjunctively to bring within the scope of this request any information which might otherwise be construed to be outside its scope. The terms "all," "any," and "each" should each be construed as 'encompassing any and all. The singular includes the plural number, and vice versa. The present tense includes the past and vice versa. The masculine includes the feminine and neuter genders.

The term "communication" means each manner or means of disclosure or exchange of information (in the form of facts, ideas, inquiries, or otherwise), regardless of means utilized, whether oral, electronic, by document or otherwise, and whether in an in-person meeting, by telephone, facsimile, e-mail (desktop or mobile device), text message, MMS or SMS message, messaging systems (such as iMessage, Microsoft Teams, WhatsApp, Telegram, Signal, Google Chat, Twitter direct messages, Lync, Slack, and Facebook Messenger), regular mail, telexes, releases, or otherwise.



214 Massachusetts Avenue, NE
Washington, DC 20002

(202) 546-4400
heritage.org

"Communications with," "communications from," and "communications between" means any communication involving the related parties, regardless of whether other persons were involved in the communication, and includes, but is not limited to, communications where one party is cc'd or bcc'd, both parties are cc'd or bcc'd, or some combination thereof.

    Please consider all members of a document "family" to be responsive to the request if any single "member" of that "family" is responsive, regardless of whether the "family member" in question is "parent" or "child."

    This request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted.  To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

    In the interest of expediency and to minimize the research and/or duplication burden on your staff, please send records electronically if possible.  If this is not possible, please notify me before sending to the mailing address listed below.  If access to this request will take longer than twenty business days, please let me know when I might receive records or be able to inspect the requested records.   Please produce responsive documents as soon as they become available.  In all cases, please communicate with me at the below email address.

    Please comply fully with 5 U.S.C. § 552(b).  Accordingly, without limitation to the foregoing, if any portion of this request is denied for any reason, please provide written notice of the records or portions of records that are being withheld and cite each specific exemption of the Freedom of Information Act on which the agency relies.  Moreover, to the extent that responsive records may be withheld in part produce all reasonably segregable portions of those records.  Additionally, please provide all responsive documents even if they are redacted in full.

## Fee Waiver Request

This request is primarily and fundamentally for non-commercial purposes.  As a 501(c)(3) nonprofit, Heritage Foundation does not have a commercial purpose and the release of the information requested is not in Heritage Foundation's commercial interest. The  Heritage Foundation's mission is to is to formulate and promote public policies based on the principles of free enterprise, limited government, individual



214 Massachusetts Avenue, NE
Washington, DC 20002

(202) 546-4400
heritage.org

freedom, traditional American values, and a strong national defense.  Heritage
Foundation uses the information requested and analyzes it in order to educate the
public through social media,[1] broadcast media[2] (traditional and nontraditional) and
press releases.[3]  The requested information is in the public interest because the
conflation of political opponents with terrorism relates to the ongoing controversy of
the ideological weaponization of law enforcement that has been covered extensively in
national media.  Indeed a recent report highlights specific concerns that conservative
policy and news organization are currently being targeted by DHS grantees simply
because of their political believes.[4]

Because this is a request by a member of the news media for information of
public interest, made in my capacity as an author for *The Daily Signal*[5] (a major news
outlet[6]), I actively gather information of potential interest to our Daily Signal
audience, and I use my editorial skills to turn raw materials into a distinct work, and
I distribute that work to our Daily Signal audience through podcasts[7] or articles.  I
request that you waive all applicable fees associated with this request.

If you deny this request for a fee waiver, please advise me in advance of the
estimated charges if they are to exceed $50.  Please send me a detailed and itemized
explanation of those charges.

---

1 Heritage Foundation. [@ Heritage] (Accessed: 2023, May 17). 669.8K Followers Twitter.
2 Fox News. (Accessed: 2023, May 17). Heritage Foundation launches Conservative Oversight Project
aimed at 'exposing' Biden admin, leftist policies. https://www.foxnews.com/politics/heritage-
conservative-oversight-project-biden-admin-leftist-policies
3 Heritage Foundation. (Accessed: 2023, May 17). Press. https://www.heritage.org/press
4 Fox News, https://www.foxnews.com/politics/university-program-linking-christians-republicans-nazis-granted-dhs-
funds-part-anti-terror-initiative (Accessed: 2023, May 25).
5 Daily Signal. (Accessed: 2023, May 17).  Mike Howell.  https://www.dailysignal.com/author/mike-
howell/
6 Daily Signal.  [@DailySignal] (Accessed: 2023, May 17).  81.7K Followers Twitter.
https://twitter.com/DailySignal
7 Apple.  (Accessed: 2023, May 17) The Daily Signal Podcast.
https://podcasts.apple.com/us/podcast/the-daily-signal-podcast/id1313611947



214 Massachusetts Avenue, NE
Washington, DC 20002

(202) 546-4400
heritage.org

If you have any questions, or feel you need clarification of this request please contact
me at oversightproject@heritage.org.

Sincerely,

Mike Howell
Director of the Oversight Project and
Investigative Reporter at The Daily
Signal
The Heritage Foundation
214 Massachusetts Ave, N.E.
Washington, D.C. 20002