## Re: follow up on case 2023-HQFO-01701

**OversightProject**
Thu 8/10/2023 3:29 AM

To:foia@hq.dhs.gov <foia@hq.dhs.gov>

To further narrow down the scope of the request, we do not seek correspondence that merely forwards press clippings, such as news accounts or opinion pieces, newsletters, and published or docketed materials, if that correspondence has no comment or no substantive comment added by any party in the thread.

Please let me know if this helps.

---

**From:** foia@hq.dhs.gov <noreply@securerelease.us>
**Sent:** Wednesday, August 9, 2023 10:40 PM
**To:** OversightProject <OversightProject@heritage.org>
**Subject:** follow up on case 2023-HQFO-01701


08/09/2023

Request Number: 2023-HQFO-01701

Mike Howell
The Heritage Foundation
214 Massachusetts Ave, NE
Washington, District of Columbia, 20002


Good afternoon,

Our tasking office told us the results of your search was voluminous at 48gb. In order to process this much data, we would need a substantial amount of time. Would you be able to narrow your time frame for the search and also provide additional keywords to use in addition to what you have provided? That would help narrow the results of the search. Please respond within 30 days.

Thank you.


This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1