Case 1:23-cv-03179-JEB   Document 1-7   Filed 10/24/23   Page 1 of 2

# SecureRelease™ Portal

Mike Howell
oversightproject@heritage.org

Request Number: 2023-HQFO-01701

**DETAILS** | CONTACT INFORMATION | DOCUMENTS

## Details of Request
(Read only details of request)

| | |
|---|---|
| **Request Description:** | All records containing the terms "Heritage!" or "Heritage Foundation!." "!" denotes a root expander for the purposes of this Request. Please limit all searches in response to this Request from January 20, 2021 to the present. Please limit this search to the following custodians: (1) the Office of the Secretary; (2) the Office of Public Affairs; and (3) the Center for Prevention Programs and Partnerships' Targeted Violence and Terrorism Prevention Grant Program. Please see attached. |
| **Agency:** | Department of Homeland Security |
| **Component:** | DHS Privacy Office |
| **Processing Track:** | Complex |
| **Request Type:** | FOIA Request |
| **Submitted Date:** | 05/25/2023 |
| **Request Status:** | Searching for Records |
| **Identity Verification Status:** | Not Requested by Agency |

| | |
|---|---|
| **Fee Waiver Requested? :** | Pending Decision |
| **Reason for Fee Waiver:** | Please see attac... |
| **Expedited Processing?:** | Not Requested |
| **Reason for Expedited Processing:** | - |

### Files uploaded by user

| File Name | Attachment Type |
|---|---|
| DHS Heritage Request 05-25-23.pdf | Request Letter |

